IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Comer, John W | Case Number: 07 B 15987 |
|---|---|---|
| | Giles-Comer, Karen N | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | Filed: 8/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,575.74 | |
| Secured: | | 1,050.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,278.65 |
| Trustee Fee: | | 247.09 |
| Other Funds: | | 0.00 |
| Totals: | 4,575.74 | 4,575.74 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,492.00 | 3,278.65 |
| 2. | Credit Union One | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 4. | Credit Union One | Secured | 0.00 | 0.00 |
| 5. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 6. | Capital One Auto Finance | Secured | 19,507.00 | 1,050.00 |
| 7. | Everhome Mortgage Company | Secured | 15,455.96 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 0.02 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 55.00 | 0.00 |
| 10. | American Student Assistance | Unsecured | 13,184.33 | 0.00 |
| 11. | U.S. Department Of Education | Unsecured | 9,675.34 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 773.11 | 0.00 |
| 13. | Commonwealth Edison | Unsecured | 21.82 | 0.00 |
| 14. | Crescent Bank & Trust | Unsecured | 1,870.84 | 0.00 |
| 15. | Triad Financial Services | Unsecured | 769.00 | 0.00 |
| 16. | Nicor Gas | Unsecured | 58.05 | 0.00 |
| 17. | Jefferson Capital Systems LLC | Unsecured | 29.06 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 50.62 | 0.00 |
| 19. | AT&T Wireless | Unsecured | 74.18 | 0.00 |
| 20. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 21. | Credit Union One | Unsecured | | No Claim Filed |
| 22. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 23. | Allied Interstate, Inc | Unsecured | | No Claim Filed |
| 24. | First National Bank | Unsecured | | No Claim Filed |
| 25. | JVDB Smith Assoc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Comer, John W
Giles-Comer, Karen N
Printed: 4/8/08

Case Number: 07 B 15987
Judge: Hollis, Pamela S
Filed: 8/31/07

| | | | | |
|---|---|---|---|---|
| 26. | Nicor Gas | Unsecured | | No Claim Filed |
| 27. | Professional Credit Services | Unsecured | | No Claim Filed |
| 28. | American Express | Unsecured | | No Claim Filed |
| 29. | West Asset Management | Unsecured | | No Claim Filed |
| 30. | First Revenue Assurance | Unsecured | | No Claim Filed |

$ 65,016.33     $ 4,328.65

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 247.09 |

$ 247.09

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____